

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00119-CV

| | | |
|---|---|---|
| City of Carrollton, Texas | § | From the 442nd District Court |
| v. | § | of Denton County (2012-70581-431) |
| | § | |
| Milan Hamrla, Petra Chudejova, Michael and Laura Brewer, Dalia Chavarria, Diane and Gene Hines, | § | January 7, 2016 |
| and Keith Effert | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment granting the City of Carrollton's plea to the jurisdiction and dismissing Appellees' claims.

It is further ordered that Appellees Milan Hamrla, Petra Chudejova, Michael and Laura Brewer, Dalia Chavarria, Diane and Gene Hines, and Keith Effert shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker